| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pappert, Gerald J. | U.S. District Court, Eastern District of Pennsylvania | 09/25/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge- Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
601 Market Street, Room 5614
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner | Marza, L.P. |
| 2. | Trustee | Trust No 1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Pennsylvania State Employees' Retirement System Defined Benefit Pension Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Pennsylvania State Retirement Benefits | $8,430.52 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BARCLAYS COMMODITY IPATH ETN | A | Dividend | | | Sold | 04/11/16 | K | A | |
| 2. BOONE CTY KY SCHOOL DISTRICT BONDS | A | Dividend | M | T | | | | | |
| 3. BMW BANK CD | A | Interest | | | Redeemed | 07/19/16 | K | | |
| 4. BUFFALO NY BONDS | A | Dividend | K | T | | | | | |
| 5. CALAMOS MARKET NEUTRAL CLASS A | A | Dividend | M | T | Sold (part) | 05/23/16 | K | A | |
| 6. CALAMOS MARKET NEUTRAL INCOME FUND | B | Dividend | K | T | Sold (part) | 05/09/16 | J | A | |
| 7. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 8. | | | | | Buy (add'l) | 01/21/16 | J | | |
| 9. | | | | | Buy (add'l) | 01/27/16 | J | | |
| 10. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 11. CENTRAL GREENE PA SCHOOL DISTRICT BONDS | A | Interest | M | T | | | | | |
| 12. DISCOVER BANK GREENWOOD DELCD | A | Interest | K | T | | | | | |
| 13. ELK CNTY PA INDUSTRIAL DEVELOPMENT AUTHORITY BONDS | A | Interest | | | Redeemed | 04/01/16 | M | | |
| 14. EUROPACIFIC GROWTH FUND #1 | A | Dividend | J | T | Sold (part) | 01/19/16 | K | A | |
| 15. EUROPACIFIC GROWTH FUND #2 | E | Dividend | M | T | | | | | |
| 16. FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 17. FIDELITY MUNICIPAL MONEY MARKET | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY TOTAL BOND FUND | A | Dividend | J | T | Sold (part) | 12/19/16 | J | | |
| 19. FIDELITY INTERM MUNI FUND | A | Dividend | | | Buy | 08/01/16 | L | | |
| 20. | | | | | Buy (add'l) | 09/19/16 | M | | |
| 21. | | | | | Sold | 12/08/16 | M | | |
| 22. FIDELITY FLOATING RATE HIGH INCOME FUND | D | Dividend | | | Sold | 01/12/16 | M | | |
| 23. FIDELITY INFOMRATION TECH INDEX FUND | A | Dividend | | | Buy | 03/04/16 | J | | |
| 24. | | | | | Sold | 05/02/16 | J | | |
| 25. FIDELITY MSCI CONSUMER DISCRETIONARY FUND | A | Dividend | | | Buy (add'l) | 02/22/16 | J | | |
| 26. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 27. | | | | | Sold | 07/01/16 | J | A | |
| 28. FIDELITY MSCI INDUSTRIAL INDEX FUND | A | Dividend | | | Buy | 04/14/16 | L | | |
| 29. | | | | | Sold | 07/07/16 | L | A | |
| 30. FIDELITY MSCI MATERIALS INDEX FUND | A | Dividend | | | Buy | 05/03/16 | J | | |
| 31. | | | | | Sold (part) | 07/06/16 | J | B | |
| 32. | | | | | Sold | 08/02/16 | J | D | |
| 33. FIDELITY MSCI ENERGY INDEX FUND | A | Dividend | | | Sold (part) | 01/20/16 | J | | |
| 34. | | | | | Sold | 04/21/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIDELITY MSCI FINANICIALS INDEX FUND | A | Dividend | | | Sold (part) | 02/04/16 | J | | |
| 36. | | | | | Sold | 02/09/16 | J | | |
| 37. FIDELITY MSCI HEALTH CARE INDEX FUND | A | Dividend | | | Sold (part) | 04/11/16 | J | | |
| 38. | | | | | Sold | 04/13/16 | J | | |
| 39. FIDELITY TREASURY MONEY MARKET | A | Interest | M | T | | | | | |
| 40. GATEWAY FUND CLASS A | A | Dividend | K | T | Buy (add'l) | 01/20/16 | J | | |
| 41. | | | | | Buy (add'l) | 01/21/16 | J | | |
| 42. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 43. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 44. | | | | | Sold (part) | 05/10/16 | J | A | |
| 45. GATEWAY FUND CLASS Y | A | Dividend | M | T | Sold (part) | 05/23/16 | K | B | |
| 46. GATES CHILI NY CENTRAL SCHOOL DISTRICT BONDS | A | Interest | | | Redeemed | 06/16/16 | M | | |
| 47. GLAXOSMITHKLINE CAPITAL PLC NOTE | A | Interest | K | T | | | | | |
| 48. GOLDMAN SACHS NY CD | A | Interest | K | T | | | | | |
| 49. GREATER JOHNSTOWN PA SCHOOL DISTRICT BONDS | A | Interest | M | T | | | | | |
| 50. GREENFIELD MA BONDS | A | Dividend | M | T | | | | | |
| 51. HIGHLAND LONG SHORT EQUITY FUND A | A | Dividend | | | Buy | 01/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/11/16 | J | | |
| 53. | | | | | Sold (part) | 05/10/16 | J | | |
| 54. | | | | | Sold | 06/09/16 | J | | |
| 55. HIGHLAND LONG SHORT EQUITY FUND Z | A | Dividend | | | Sold (part) | 04/11/16 | K | | |
| 56. | | | | | Sold (part) | 05/23/16 | K | | |
| 57. | | | | | Sold | 06/09/16 | M | A | |
| 58. HARBOR CREEK PA SCHOOL DISTRICT BONDS | A | Interest | | | Redeemed | 08/01/16 | K | | |
| 59. IBM CORP NOTE | A | Dividend | K | T | | | | | |
| 60. INTEL CORP | A | Dividend | | | Sold | 10/01/16 | K | A | |
| 61. ISHARES EDGE EMERGING MARKETS | B | Dividend | L | T | Buy | 01/08/16 | L | | |
| 62. | | | | | Buy (add'l) | 02/04/16 | K | | |
| 63. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 64. | | | | | Buy (add'l) | 03/17/16 | K | | |
| 65. | | | | | Buy (add'l) | 04/12/16 | K | | |
| 66. | | | | | Sold (part) | 07/06/16 | J | B | |
| 67. | | | | | Sold (part) | 11/21/16 | L | | |
| 68. | | | | | Sold (part) | 11/25/16 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ISHARES CORE US BOND MARKET EFT | B | Dividend | K | T | Buy | 07/19/16 | J | | |
| 70. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 71. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 72. | | | | | Buy (add'l) | 10/03/16 | K | | |
| 73. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 74. | | | | | Sold (part) | 12/15/16 | J | A | |
| 75. ISHARES CORE MSCI EAFE EFT | B | Dividend | M | T | Buy | 03/04/16 | J | | |
| 76. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 77. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 78. | | | | | Buy (add'l) | 10/07/16 | K | | |
| 79. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 80. | | | | | Buy (add'l) | 11/11/16 | K | | |
| 81. | | | | | Sold (part) | 01/11/16 | K | D | |
| 82. | | | | | Sold (part) | 06/27/16 | M | A | |
| 83. ISHARES CORE MSCI EMERGING MARKETS | A | Dividend | N | T | Buy (add'l) | 03/18/16 | J | | |
| 84. | | | | | Buy (add'l) | 03/21/16 | K | | |
| 85. | | | | | Buy (add'l) | 04/12/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/20/16 | K | | |
| 87. | | | | | Buy (add'l) | 06/15/16 | K | | |
| 88. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 89. | | | | | Buy (add'l) | 07/08/16 | K | | |
| 90. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 91. | | | | | Buy (add'l) | 08/24/16 | J | | |
| 92. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 93. | | | | | Buy (add'l) | 11/21/16 | L | | |
| 94. | | | | | Sold (part) | 01/08/16 | L | E | |
| 95. ISHARES CORE S&P 500 EFT | F | Dividend | P1 | T | Buy | 01/21/16 | J | | |
| 96. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 97. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 98. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 99. | | | | | Buy (add'l) | 10/05/16 | K | | |
| 100. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 101. ISHARES CORE S&P MID CAP EFT | E | Dividend | N | T | Buy (add'l) | 09/23/16 | J | | |
| 102. | | | | | Buy (add'l) | 10/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 104. ISHARES CORE S&P SMALL CAP | A | Dividend | M | T | Buy (add'l) | 03/04/16 | J | | |
| 105. ISHARES DJ US TECH INDEX FUND | D | Dividend | L | T | Sold (part) | 05/02/16 | K | D | |
| 106. ISHARES 1-3 YEAR TREASURY BONDS | D | Dividend | | | Buy | 01/20/16 | J | | |
| 107. | | | | | Buy (add'l) | 01/21/16 | J | | |
| 108. | | | | | Buy (add'l) | 01/26/16 | J | | |
| 109. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 110. | | | | | Sold (part) | 02/22/16 | K | | |
| 111. | | | | | Sold | 04/08/16 | J | | |
| 112. ISHARES EDGE USA MINIMUM VOLATILITY | D | Dividend | M | T | Buy | 01/14/16 | K | | |
| 113. | | | | | Buy (add'l) | 01/20/16 | K | | |
| 114. | | | | | Buy (add'l) | 01/21/16 | K | | |
| 115. | | | | | Buy (add'l) | 02/23/16 | L | | |
| 116. | | | | | Sold (part) | 03/04/16 | K | B | |
| 117. | | | | | Sold (part) | 04/21/16 | J | A | |
| 118. | | | | | Sold (part) | 05/18/16 | J | A | |
| 119. | | | | | Sold (part) | 07/14/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 10/15/16 | K | C | |
| 121. ISHARES EDGE MINIMUM VOLITILITY EAFE | D | Dividend | | | Buy | 01/11/16 | K | | |
| 122. | | | | | Buy (add'l) | 01/19/16 | K | | |
| 123. | | | | | Buy (add'l) | 02/04/16 | K | | |
| 124. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 125. | | | | | Sold (part) | 08/19/16 | J | A | |
| 126. | | | | | Sold (part) | 09/01/16 | J | D | |
| 127. | | | | | Sold (part) | 10/07/16 | K | B | |
| 128. | | | | | Sold | 11/11/16 | K | B | |
| 129. ISHARES INFLATION PROTECTED | F | Dividend | N | T | Buy | 03/21/16 | M | | |
| 130. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 131. | | | | | Buy (add'l) | 04/12/16 | M | | |
| 132. | | | | | Buy (add'l) | 07/19/16 | K | | |
| 133. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 134. iSHARES INTERNATIONAL TREASURY BONDS | B | Dividend | | | Buy | 05/09/16 | M | | |
| 135. | | | | | Buy (add'l) | 05/23/16 | M | | |
| 136. | | | | | Buy (add'l) | 07/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 07/25/16 | L | A | |
| 138. | | | | | Sold | 09/14/16 | M | C | |
| 139. ISHARES JPMORGAN EMERGE BONDS | D | Dividend | L | T | Buy | 04/26/16 | L | | |
| 140. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 141. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 142. ISHARES MIDCAP 400 GROWTH FUND | D | Dividend | | | Buy | 02/04/16 | L | | |
| 143. | | | | | Sold (part) | 03/21/16 | K | | |
| 144. | | | | | Sold | 05/05/16 | M | C | |
| 145. ISHARES S&P SMALL CAP VALUE | B | Dividend | M | T | Buy | 05/05/16 | M | | |
| 146. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 147. | | | | | Sold (part) | 12/15/16 | J | A | |
| 148. | | | | | Sold (part) | 12/19/16 | J | A | |
| 149. ISHARES CORE S&P SM CAP EFT | A | Dividend | | | Sold | 03/08/16 | J | A | |
| 150. ISHARES S&P SMALLCAP 600 GROWTH FUND | C | Dividend | | | Sold (part) | 01/21/16 | K | | |
| 151. | | | | | Sold (part) | 03/18/16 | K | A | |
| 152. | | | | | Sold | 05/03/16 | M | C | |
| 153. ISHARES SHORT TERM NATIONAL MUNI BOND | A | Dividend | | | Buy | 01/07/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 01/26/16 | L | | |
| 155. | | | | | Sold | 03/21/16 | M | A | |
| 156. ISHARES MSCI TOTAL INTER ST | A | Dividend | M | T | Buy | 06/27/16 | M | | |
| 157. ISHARES RUSSELL 2000 INDEX FUND | E | Dividend | N | T | | | | | |
| 158. JACKSON COUNTY MO SCHOOL DISTRICT BONDS | A | Interest | M | T | | | | | |
| 159. JANUS TRITON FUND | D | Dividend | | | Sold | 02/04/16 | M | D | |
| 160. MAINSTAY MARKETFIELD FUND | A | Dividend | | | Sold | 01/27/16 | J | A | |
| 161. MAINSTAY MARKETFIELD FUND CLASS 1 | A | Dividend | | | Sold | 07/21/16 | J | A | |
| 162. MERCK & CO | A | Interest | K | T | | | | | |
| 163. MERGER FUND | D | Dividend | M | T | Buy | 01/20/16 | J | | |
| 164. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 165. | | | | | Buy (add'l) | 06/14/16 | K | | |
| 166. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 167. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 168. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 169. | | | | | Sold (part) | 03/21/16 | J | | |
| 170. | | | | | Sold (part) | 04/11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 04/18/16 | K | | |
| 172. | | | | | Sold (part) | 05/10/16 | K | | |
| 173. MORRIS PLAINS NJ MUNICIPLE BONDS | A | Interest | M | T | Buy | 02/08/16 | M | | |
| 174. MORRIS TOWNSHIP NY GO BONDS | A | Interest | M | T | | | | | |
| 175. MT LEBANON PA GO BONDS | A | Interest | L | T | Buy | 06/29/16 | M | | |
| 176. PARK CITY KANSAS GO BONDS | A | Interest | M | T | Buy | 01/22/16 | M | | |
| 177. PA STATE COLLEGE REVENUE BONDS | A | Interest | | | Redeemed | 03/01/16 | K | A | |
| 178. PFIZER INC NOTE | A | Interest | K | T | Buy | 02/22/16 | K | | |
| 179. PACIRA PHARMACETICALS INC | A | Dividend | J | T | Sold (part) | 10/14/16 | K | | |
| 180. PIMCO COMMODITY PLUS STRATEGY FUND | A | Dividend | | | Buy | 03/04/16 | J | | |
| 181. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 182. | | | | | Buy (add'l) | 04/28/16 | J | | |
| 183. | | | | | Buy (add'l) | 05/23/16 | K | | |
| 184. | | | | | Sold | 08/01/16 | K | | |
| 185. PIMCO COMMODITY REAL RETURN | B | Dividend | M | T | Buy | 04/12/16 | L | | |
| 186. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 187. | | | | | Buy (add'l) | 08/02/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. PHELPS-CLIFTON SPRINGS NY CENTRAL SCHOOL DISTRICT BONDS | C | Interest | M | T | | | | | |
| 189. PIKE COUNTY KY SCHOOL DISTRICT BONDS | C | Interest | M | T | | | | | |
| 190. RINGWOOD NJ BOARD OF EDUCATION BONDS | B | Interest | M | T | | | | | |
| 191. ROMEO MI COMMUNITY SCHOOL DISTRICT BONDS | B | Interest | M | T | | | | | |
| 192. SWATARA TOWNSHIP PA BONDS | A | Interest | M | T | | | | | |
| 193. PA STATE PUBLIC SCHOOL BUILDING AUTHORITY BONDS | A | Interest | | | Redeemed | 10/17/16 | M | A | |
| 194. SPARTAN US EQUITY INDEX FUND | D | Dividend | K | T | | | | | |
| 195. SPDR S&P PHARMACEUTICALS ETF | B | Dividend | | | Buy | 10/14/16 | K | | |
| 196. | | | | | Sold | 12/19/16 | K | B | |
| 197. TEMPLETON GLOBAL BOND FUND | A | Dividend | | | Sold (part) | 01/08/16 | K | | |
| 198. | | | | | Sold | 01/26/16 | K | | |
| 199. TEMPLETON GLOBAL BOND CLASS A | D | Dividend | | | Sold (part) | 01/08/16 | J | | |
| 200. | | | | | Sold | 01/26/16 | J | | |
| 201. TOYOTA FINANCIAL | A | Dividend | K | T | Buy | 01/26/16 | K | | |
| 202. TORTOISE MLP & PIPELINE INSTITUTIONAL CLASS FUND | A | Dividend | M | T | | | | | |
| 203. TORTOISE MLP & PIPELINE INVESTOR CLASS FUND | A | Dividend | L | T | Buy (add'l) | 04/26/16 | L | | |
| 204. | | | | | Buy (add'l) | 04/27/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 05/20/16 | J | | |
| 206. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 207. | | | | | Buy (add'l) | 06/22/16 | J | | |
| 208. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 209. | | | | | Sold (part) | 01/20/16 | J | | |
| 210. | | | | | Sold (part) | 09/29/16 | J | B | |
| 211. UTAH STATE BUILDING OWNERSHIP AUTHORITY BOND | A | Interest | | | Redeemed | 05/17/16 | L | | |
| 212. UNIVERSITY OF NORTHERN IOWA BONDS | A | Interest | K | T | | | | | |
| 213. WAUWATOSA WI MUNICIPAL BONDS | B | Interest | M | T | | | | | |
| 214. AMERICAN FUNDS WASHINGTON MUTUAL INVESTORS FUND | D | Dividend | O | T | Sold (part) | 02/23/16 | K | D | |
| 215. VANGUARD TOTAL STOCK MARKET FUND | E | Dividend | L | T | | | | | |
| 216. WELLS FARGO PREMIERLARGE COMPANY GROWTH FUND | E | Dividend | M | T | Sold (part) | 02/23/16 | K | D | |
| 217. | | | | | Sold (part) | 03/21/16 | K | D | |
| 218. | | | | | Sold (part) | 04/12/16 | L | E | |
| 219. | | | | | Sold (part) | 04/26/16 | L | E | |
| 220. WILLIAMSPORT PA SANITARY AUTHROITY BONDS | A | Interest | | | Redeemed | 01/04/16 | K | A | |
| 221. WILSHIRE 5000 INDEX FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | | | | | |
| 223. FLBEACH, OC, LLC | A | Interest | K | U | Open | | | | Abundance Wealth Counselor |
| 224. ALTOONA NPRE,LP | C | Distribution | L | U | Open | | | | Abundance Wealth Counselor |
| 225. PACIFIC LIFE INDEXED ACCUMULATION | A | Interest | K | W | | | | | |
| 226. -FIXED ACCOUNT | C | Interest | J | T | | | | | |
| 227. -1YEAR INDEX FUND S&P500 | A | Interest | J | T | | | | | |
| 228. -1YEAR INTERNATIONAL INDEX FUND EURO STOCK 500 | A | Interest | K | T | | | | | |
| 229. URBAN STORAGE FUND, LP 2013 | A | None | L | U | Open | | | | Abundance Wealth counselor |
| 230. VILLAGE OF CANTERBURY, LP | | None | M | U | Open | | | | Abundance Wealth Counselor |
| 231. HONEY FARMS MANAGEMENT, LLC | | None | L | U | Buy | 11/04/16 | L | | Abundance Wealth Counselor |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. | | | | | | | | | |
| 258. | | | | | | | | | |
| 259. | | | | | | | | | |
| 260. | | | | | | | | | |
| 261. | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |
| 267. | | | | | | | | | |
| 268. | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. | | | | | | | | | |
| 275. | | | | | | | | | |
| 276. | | | | | | | | | |
| 277. | | | | | | | | | |
| 278. | | | | | | | | | |
| 279. | | | | | | | | | |
| 280. | | | | | | | | | |
| 281. | | | | | | | | | |
| 282. | | | | | | | | | |
| 283. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust No. 1, listed in section 1 of this report, is an unfunded Trust.

Line 3 BMW Bank CD was reported at Line #55 of the 2014 Report, erroneously omitted from the 2015 Report and sold on 7/19/2016 as reported in the 2016 Amended Report.

Line 105 of this 2016 Amended Report uses the correct title for this fund. The fund was incorrectly titled at line #111 in the 2015 Amended Report

Line 161 The Mainstay Marketfield Fund Class 1 of this 2016 Amended Report is the correct name of the fund. The word Mainstay was omitted at line 159 of the initial 2016 Report.

Lines 202 and 203 In 2015, these funds were one fund, the Tortise MLP & Pipeline Investor Class Fund, listed at line #177 of the 2015 Amended Report. In 2016, the fund was separated into the two funds now listed at lines 202 and 203 of this Amended Report. Going forward, they will be listed as separate classes, as they are here

Line 223 FLBeach, OC, LLC was purchased on 08/01/2014 $50,000

Line 224 Altoona NPRE, LP was purchased 10/28/2015 $100,000

Line 229 Urban Storage Fund, LP was purchased 07/30/2013 $100,000
        Additional Urban Storage Fund, LP was purchased 04/04/2014 $100,000

Line 230 Village of Canterbury, LP was purchased 04/12/2012 $150,000

Line #231 Honey Farms Management, LLC was purchased on 11/04/2016 $100,000

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Gerald J. Pappert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544